IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00657-BO

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN W. LITTLE, )<br>)<br>Defendant. )<br>) | **ORDER** |

This matter is before the court with regard to the parties' joint motion to modify the scheduling order. [DE-35]. For good cause shown, the motion is allowed, and the deadlines are amended as follows:

1. Expert disclosures and reports under Rule 26(a)(2) are due from the party with the burden on any issues by **February 28, 2022**, from the responding party by **April 15, 2022**, and from rebuttal experts by **May 16, 2022**;

2. All fact discovery and mediation shall be completed by **May 16, 2022**;

3. All expert discovery shall be completed by **June 17, 2022**; and

4. All potentially dispositive motions shall be filed no later than **July 18, 2022**.

The provisions of the court's April 5, 2021 scheduling order [DE-20] not altered herein remain in effect.

SO ORDERED, the 16 day of December, 2021.

Robert B. Jones, Jr.
United States Magistrate Judge