IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00657-BO

| | | |
|---|---|---|
| PHILIPS NORTH AMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARTIN W. LITTLE | ) | |
| | ) | |
| Defendant. | ) | |

On 20 December 2023, the parties moved jointly for a court-hosted settlement conference. [DE 66]. Under Local Civil Rule 101(a), the presiding judge retains plenary authority over all aspects of alternative dispute resolution procedures. The Court, in the exercise of its discretion, DENIES the motion for a court-hosted settlement conference. This order does not limit the parties from conducting settlement negotiations. The parties are reminded that a jury trial will commence on 26 February 2024, at 10:00 a.m. at the United States Courthouse at Elizabeth City, North Carolina.

SO ORDERED, this ⅔ day of January 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE